IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JEANNE KEMPER, Plaintiff, v. NORTHEAST GEORGIA MEDICAL CENTER, INC., Defendant. | CIVIL ACTION FILE NO.: 2:20-CV-267-RWS-JCF |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jeanne Kemper and Defendant Northeast Georgia Medical Center, Inc. hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action. All parties agree to pay their own costs and fees associated with this dismissal.

Respectfully submitted this 27th day of September, 2021.

*[Signatures on following page.]*

*/s/ Jerilyn E. Gardner*  
Jerilyn E. Gardner  
Georgia Bar No. 139779  
1000 Parkwood Cir.  
Suite 900  
Atlanta, Georgia 30339  
Telephone: (404) 383-0992  
Fax: (404) 383-1102  
jgardner@gardnerjlaw.com  

*Attorney for Plaintiff*

*/s/ John W. Stapleton*  
John W. Stapleton  
Georgia Bar No. 368790  
jstapleton@fisherphillips.com  
Dana A. Schwartzenfeld  
Georgia Bar No. 261022  
dschwartzenfeld@fisherphillips.com  
Fisher & Phillips LLP  
1075 Peachtree Street NE  
Suite 3500  
Atlanta, Georgia 30309  
Telephone: (404) 231-1400  
Facsimile: (404) 240 4249  

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| JEANNE KEMPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO.: 2:20-CV-267-RWS-JCF |
| NORTHEAST GEORGIA | ) | |
| MEDICAL CENTER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2021, I filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court, which will automatically send e-mail notification of such filing to all counsel of record authorized to receive such filing.

*/s/Jerilyn E. Gardner*
Jerilyn E. Gardner